## Snyder County to use v. Wagenseller, Appellant.

*Public officers—County treasurer — Fees — Collection of liquor licenses—Boroughs.*

Money collected by a county treasurer for the use of a borough, which represents liquor license fees, must be paid over to the borough by such treasurer without any deduction for services rendered.

Argued March 13, 1917. Appeal, No. 14, March T., 1917, by defendant, from judgment of C. P. Snyder Co., Dec. T., 1915, No. 17, for plaintiff on case stated in suit of Snyder County to use of Selinsgrove Borough v. George C. Wagenseller. Before ORLADY, P. J., PORTER, HENDERSON, KEPHART, TREXLER and WILLIAMS, JJ. Affirmed.

Case stated to determine right to retain certain money in hands of county treasurer.

The court in an opinion by JOHNSON, P. J., entered judgment for plaintiff for $48. Defendant appealed.

*Error assigned* was the order of the court.

346 SNYDER CO. to use v. WAGENSELLER, Appellant.

*Harold M. McClure,* with him *Emanuel E. Pawling,* for appellant.

*Chas. P. Ulrich,* for appellee.

OPINION BY ORLADY, P. J., April 16, 1917:

The appellant frankly concedes that the question involved in this case has been decided by this court against his contention, in Kittanning Borough v. Mast, 15 Pa. Superior Ct. 51, and has been followed in Allentown v. Hartman, 22 Pa. Superior Ct. 400; Lehigh Co. v. Gossler, 24 Pa. Superior Ct. 406; Stroudsburg Boro. v. Shick, 24 Pa. Superior Ct. 442; but urges that these cases were erroneously decided and should be overruled.

We have carefully gone over the arguments presented, and find nothing therein to change our views from those expressed in the cases cited, and which were adopted by the court below in the opinion filed.

The judgment is affirmed.